U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee
# memorandum

DATE: January 13, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: James Jetton Fletcher
Docket No.: 3:06-1052M   3-06-00172

TO: The Honorable Juliet E. Griffin, U.S. Magistrate Judge

On September 9, 2006, the following evidence was seized during the defendant's period of pretrial supervision and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
| --- | --- | --- |
| 263 | 1 | Drug testing subterfuge device |

Thank you for your time and consideration in this matter.

Approved: _____
The Honorable Juliet E. Griffin
U.S. Magistrate Judge