**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CASE NO. 3:06-00172** |
| ) | **JUDGE KEVIN H. SHARP** |
| **JAMES JETTON FLETCHER** ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Revocation Hearing (Docket No. 60) to which the Government does not oppose.

The motion is GRANTED and the hearing scheduled for August 28, 2014, is hereby rescheduled for Tuesday, September 23, 2014, at 10:30 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE