TUVQJÞÁÕÜŒÞVÖÖ
*Kevin H. Sharp*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cr-00172 |
| | ) | Judge Sharp |
| JAMES JETTON FLETCHER | ) | |

## MOTION TO SUBSTITUTE COUNSEL

**COMES NOW** the Defendant, **James Jetton Fletcher**, by and through his undersigned counsel, Peter J. Strianse, Esq., and hereby moves this Court for the entry of an Order substituting Peter J. Strianse as counsel of record for Defendant Fletcher and relieving Assistant Federal Defender Dumaka Shabazz of other or further responsibility in this cause. In support hereof, Defendant states as follows:

1. Assistant Federal Defender Dumaka Shabazz was appointed by the Court to represent Mr. Fletcher in this revocation action. Undersigned counsel represented Mr. Fletcher in the underlying criminal case.

2. On August 29, 2014, undersigned counsel was retained by Mr. Fletcher to represent him in this matter.

3. After conferring with Mr. Shabazz it was agreed, subject to the Court's approval, that undersigned counsel would relieve Mr. Shabazz of further representation of Mr. Fletcher. Mr. Shabazz has authorized undersigned counsel to report that he has no objection to this proposed substitution.

4. Undersigned counsel filed his *Notice of Appearance* on September 2, 2014.

**WHEREFORE**, based on the foregoing, Defendant Fletcher respectfully requests that