# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:06-00172 |
| ) | JUDGE KEVIN H. SHARP |
| JAMES JETTON FLETCHER ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Revocation Hearing (Docket No. 71).

The motion is GRANTED and the hearing scheduled for November 7, 2014 is hereby rescheduled for Friday, November 21, 2014, at 3:30 p.m.

IT IS SO ORDERED.

*[signature]*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE